■ In the Matter of the Claim of SEAN T. SELZER, Appellant.
JOHN E. SWEENEY, as Commissioner of Labor, Respondent. [660
NYS2d 191] —Appeal from a decision of the Unemployment In-
surance Appeal Board, filed December 29, 1995, which ruled
that claimant was disqualified from receiving unemployment
insurance benefits because his employment was terminated
due to misconduct.

Claimant was employed as an emergency medical technician
for a private ambulance service. After delivering a patient to a
hospital, claimant requested clean stretcher sheets from a
hospital employee. When his request was refused, claimant
was heard by several people to remark that the hospital was
"turning into a Jew hospital". After a hospital administrator
complained to the employer regarding claimant's remarks, he
was discharged. Substantial evidence supports the Unemploy-
ment Insurance Appeal Board's ruling that claimant was dis-
qualified from receiving benefits because his job was terminated
due to misconduct. Offensive behavior in the workplace, includ-
ing the utterance of religious or ethnic slurs, has been found to
constitute disqualifying misconduct (see, Matter of Weiss
[Sweeney], 232 AD2d 672) as has conduct that is detrimental to
the employer's interest (see, Matter of Krupa [Sweeney], 236
AD2d 772). Claimant's conduct was both offensive and detri-
mental to his employer's interest. The ruling of disqualification
is, accordingly, affirmed.

Cardona, P. J., Mikoll, White, Peters and Spain, JJ., concur.
Ordered that the decision is affirmed, without costs.